| | | | |
|---|---|---|---|
| AUSA: | Hank Moon | Telephone: | (313) 226-9100 |
| Special Agent: | Rohit Joshi - ATF | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Elijah James JOHNSON

Case No. Case: 2:22−mj−30307
Assigned To : Unassigned
Assign. Date : 7/12/2022
Description: CMP USA v. JOHNSON (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 9, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Rohit Joshi, ATF
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 12, 2022

_____
Judge's signature

City and state: Detroit, Michigan

Honorable Jonathan J.C. Grey, U.S. Magistrate Judge
_____
Printed name and title

## **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent Rohit Joshi, being first duly sworn, hereby depose and state as follows:

### I.     Introduction

1.     I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since August 2016. I am currently assigned to the Detroit, Michigan, Field Division. I am tasked with investigating violations of firearms and narcotics laws and have been involved in numerous investigations involving violations of federal firearms and narcotics laws. Prior to my employment with the ATF, I was employed by the Wayne State University Police Department for approximately ten years as a Police Officer and Sergeant, which included six years as a Task Force Officer with the Detroit Police Department's Commercial Auto Theft Section/Carjacking Unit. During this time, I investigated violations of State of Michigan laws relating to firearms, narcotics, carjacking, armed robbery, auto theft, insurance fraud, and motor vehicle title fraud. I have completed both the Criminal Investigator Training Program and Special Agent Basic Training at the

1

Federal Law Enforcement Training Center, and I have completed the Michigan Law Enforcement Basic Training Academy.

2. The statements contained in this affidavit are based on my participation in this investigation, including my review of written police reports by Detroit Police Officers, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter. The information outlined below is provided for the limited purpose of obtaining the requested Criminal Complaint and does not contain all details or all facts of which I am aware relating to this investigation.

3. This affidavit provides information necessary to establish probable cause Elijah James JOHNSON, (DOB xx-xx-1967), has violated Title 18, United State Code, Section 922(g)(1), possession of a firearm by a convicted felon.

## II.   Probable Cause

4. On July 09, 2022, Detroit Police Officers were on proactive patrol in the area of Merlin Street and Cadieux Road on Detroit's East Side. The officers were stopped at a stop sign when they saw a

Chevrolet Tahoe traveling southbound on Cadieux Road cross the center lane and collide head-on with a vehicle on the opposite side of the street.

5. The officers saw the collision and responded to render aid to the passengers of both vehicles. Officers saw that JOHNSON was the driver of the Tahoe and the only person in the vehicle. One officer verbally asked JOHNSON to unlock his door so that the officer could render aid. JOHNSON did not appear to hear the officer or request, so the officer had to force entry into the vehicle (driver's side rear window) to render aid. JOHNSON complained of neck and arm pain, which the officer relayed to dispatch. Medics were requested. At this time, the officer saw an open bottle of "Corona" beer in the center console of JOHNSON's vehicle. In addition, the officer smelled the odor of intoxicants coming from JOHNSON's breath. When he spoke, the officer observed that JOHNSON's speech was slurred, and his pupils were dilated. Based on all of the information gathered thus far, the officer concluded that JOHNSON was intoxicated.

6. While interacting with JOHNSON, the officer saw that he was wearing an electronic tether on his right ankle. The officer also saw

3

a black, Glock Model 30, .45 caliber, semi-automatic pistol between JOHNSON's feet. One officer recovered the handgun as a second officer continued to monitor JOHNSON. JOHNSON was unable to provide either a driver's license or CPL.

7. Once the medics arrived on scene, the officers asked JOHNSON to get out of the vehicle. JOHNSON had a hard time standing and needed assistance. Officers asked JOHNSON to walk to the back of his vehicle; JOHNSON appeared unstable as he walked. Officers were unable perform any field sobriety tests (including the nystagmus, or eye test) due to the possibility of JOHNSON's injuries, his physical instability, and the fact that he became irate on scene.

8. Officers arrested JOHNSON for operating while intoxicated causing an accident (OWI) and carrying a concealed weapon in a motor vehicle (CCW-MV). JOHNSON was treated on scene by Universal Medic and ultimately taken to St. John's Hospital. At the hospital, officers read JOHNSON his chemical test rights and JOHNSON agreed to a blood draw. The blood samples were collected by hospital staff and submitted to the Michigan State Police Laboratory for analysis. The

4

results are pending. After obtaining medical clearance, JOHNSON was transported to the Detroit Detention Center.

9. Based on my review of JOHNSON's computerized criminal history, he has approximately 10 felony convictions. Further, in several of these felony cases JOHNSON was sentenced to a term of imprisonment of more than one year in prison. For example, in 2006 he was sentenced to 1.5-10 years in prison for a felony retail fraud offense, and in 2012 he was sentenced to 1-5 years in prison for another felony retail fraud offense.

10. On July 11, 2022, I contacted ATF interstate nexus expert Special Agent Shannon Richardson. SA Richardson advised me that, based on the description provided (without examining it), the black, Glock Model 30, .45 caliber, semi-automatic pistol was manufactured outside of the State of Michigan and therefore had traveled in and affected interstate commerce.

### III. Conclusion

11. Probable cause exists that Elijah James JOHNSON, a convicted felon, and knowing that he was a convicted felon, unlawfully

possessed the above-described Glock firearm in the Eastern District of Michigan, said firearm having travelled in and affected interstate commerce, all in violation of 18 U.S.C. 922(g).

Respectfully Submitted,

Rohit Joshi, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Jonathan J.C. Grey
United States Magistrate Judge

Dated: July 12, 2022

6