| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 8146021 | DATE 04/17/2025 |
|---|---|---|---|---|
| **NAME** JOHNSON, Elijah James | **OFFICER** Alexis Thomas | | **JUDGE** Gershwin A. Drain | **DOCKET #** 22-CR-20522-01 |

| ORIGINAL SENTENCE DATE 07/11/2023 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY V | TOTAL OFFENSE LEVEL 12 | PHOTO |
|---|---|---|---|---|
| COMMENCED 08/29/2024 | | | | |
| EXPIRATION 08/28/2027 | | | | |
| **ASST. U.S. ATTORNEY** James J. Carty | **DEFENSE ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g)(l), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 24 months, to be followed by a three-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription.
4. You must participate in an [inpatient/outpatient] alcohol abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must submit to a psychological/psychiatric evaluation as directed by the probation officer. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 8146021 | DATE 04/17/2025 |
|---|---|---|---|---|
| **NAME** JOHNSON, Elijah James | **OFFICER** Alexis Thomas | | **JUDGE** Gershwin A. Drain | **DOCKET #** 22-CR-20522-01 |

program (provider, location, modality, duration, intensity, etc.).

Criminal Monetary Penalty:  Special Assessment $100.00. (Balance: $30.00)

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On March 11, 2025, Detroit Police Department (Michigan) responded to a motor vehicle accident. JOHNSON reported to officers that he disregarded the traffic signal and struck the other vehicle. JOHNSON along with the other occupant of the vehicle were both detained due to a physical altercation that took place at the scene of the accident.  They were both released with no formal charges filed. JOHNSON was transported to the hospital for his injuries and released on the same date. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."<br><br>On March 11, 2025, this writer made contact with JOHNSON via phone in which he verbally admitted that he consumed medication not prescribed to him shortly before the motor vehicle accident occurred. |
| 3 | **Violation of Standard Condition No. 2:** "AFTER INITIALLY REPORTING TO THE PROBATION OFFICE, YOU WILL RECEIVE INSTRUCTIONS FROM THE COURT OR PROBATION OFFICE ABOUT HOW AND WHEN YOU MUST REPORT TO THE PROBATION OFFICER, AND YOU MUST REPORT TO THE PROBATION OFFICER AS INSTRUCTED."<br><br>On March 26, 2025, this writer attempted to contact JOHNSON via phone. A voicemail was left to return writer's call. JOHNSON failed to return writer's call. This writer additionally attempted to make contact with JOHNSON at his residence. Reporting instructions were left for JOHNSON to report to the probation office on March 27, 2025, by close of business. JOHNSON failed to report. JOHNSON has absconded from supervision and his whereabouts at this time are unknown. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 8146021 | **DATE** 04/17/2025 |
|---|---|---|---|---|
| **NAME** JOHNSON, Elijah James | | **OFFICER** Alexis Thomas | **JUDGE** Gershwin A. Drain | **DOCKET #** 22-CR-20522-01 |

| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Alexis Thomas/mt 313-234-5433 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313 234-5460 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X]   The issuance of a warrant

[  ]   Other


      s/Gershwin A. Drain
      United States District Judge

      4/21/2025
      Date